# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135912

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 135912
COA: 274718
Wayne CC: 06-007618-01

MICHAEL BAKER,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519